## PRINCE, Exrx v ABERSOLD, et

Ohio Supreme Court
No 22459. Decided March 25, 1931

Jones, Matthias, Allen and Robinson, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**

## HENDERSON v CLEVELAND RY CO

Ohio Supreme Court
No 22482. Decided March 25, 1931

Marshall, C.J., Day, Kinkade and Robinson, JJ., concur. Jones and Matthias, JJ., not participating.

Full opinion will be published later. Watch **Omnibus Index.**